# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**EDWARD C. CHAMPAGNE, JR.,**
d/b/a **H.E. Automotive**,

        Plaintiff,

  v.                                  CASE NUMBER: 8:13-cv-571 (TJM/RFT)

**UNITED STATES OF AMERICA,**

        Defendant.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Defendant's motion to dismiss Plaintiff's complaint is GRANTED. The case may not be heard in this forum. Because the Plaintiff's claims are dismissed for lack of subject matter jurisdiction, the claims are dismissed without prejudice.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 10th day of April, 2014.

DATED: April 10, 2014

                                                      Clerk of Court

                                       By: s/ Nicole Killius
                                        Deputy Clerk